**CV-09 558**

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★
FEB 06 2009
★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

Anthony J Ceparano\465208
Full name of plaintiff/prisoner ID#

— against —

Plaintiff,

Suffolk Co. Dept of Health
S.C.C.F Medical Unit
Dept of Health Comm. Humayun Chaudry
S.C.C.F Chief Adm Vincent Geraci
Dr "16or"

JURY TRIAL DEMAND
YES_____ NO __X__

FEUERSTEIN, S
TOMLINSON, M

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Dr. Prentiss
Nurse Practitioner Alice
Nurse Practitioner "Jane Doe"
Drug/Alcohol Counselor Eliana

Defendants. Nurse "Jane Doe" LPN
-------------------------------------------------x

I.       Previous Lawsuits:

   A.     Have you begun other lawsuits in state or federal court
          dealing with the same facts involved in this action or
          otherwise relating to your imprisonment? Yes ( ) No (X)

   B.     If your answer to A is yes, describe each lawsuit in the space below
          (If there is more than one lawsuit, describe the additional lawsuits
          on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

             Plaintiffs: _____
                         _____

             Defendants: _____
                         _____

        2. Court (if federal court, name the district;
           if state court, name the county)
           _____

        3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____ SUFFOLK COUNTY CORRECTIONAL FACILITY

II.   Place of Present Confinement: _SUFFOLK COUNTY CORRECTIONAL FACILITY_

A. Is there a prisoner *MEDICAL* grievance procedure in this institution? Yes (X) No ( )

B. Did you present the facts relating to your complaint in the prisoner *MEDICAL* grievance procedure?  Yes (X)   No ( )

C. If your answer is YES,

1. What steps did you take? _SEE ATTACHED_

_____

2. What was the result? _SEE ATTACHED_

_____

D. If your answer is NO, explain why not _____

X *THE MEDICAL DEPT HAS A SEPARATE "MEDICAL GRIEVANCE PROCEDURE" APART FROM THE STANDARD GRIEVANCE PROCEDURE*

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?  Yes (X)  No ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

_____

2. What was the result? _____

_____

II   C. 1 "WHAT STEPS DID YOU TAKE?"

GRIEVANCE #1 - KNEE

MY KNEE NEVER HEALED RIGHT FROM 6/8/07 ACCIDENT, MONTHS OF BEGGING RESULTED IN AN X-RAY THAT I WAS NEVER TOLD THE RESULTS OF. FINALLY, AFTER DEMANDING TO SEE THE X-RAY REPORT, I WAS TOLD "YOU HAVE ARTHRITIS AND BONE SPURS". I KNEW THIS WAS NOT THE CAUSE OF MY PROBLEM. I FILED A GRIEVANCE DEMANDING AN EVALUATION BY AN ORTHOPEDIST, AND A M

GRIEVANCE #2 - WEIGHT CHECKS WEEKLY
            (RELATED TO HERNIATED DISCS/DISC DISEASE)

WHENEVER MY WEIGHT BALLOONS PAST 180-190 LBS, THE ADDED WEIGHT PRODUCES IMMEDIATE RADICULAPATHY (NERVE PRESSURE PAIN) IN BOTH LEGS, AND MAKES IT IMPOSSIBLE FOR ME TO FUNCTION. S.C.C.F MAKES EVERYONE GAIN WEIGHT BECAUSE THEY HAVE NO PROGRAMS OR ACTIVITIES TO DO, AND YOU STAY CAGED UP ON YOUR HOUSING UNIT, IDLE. ALSO, THE COMMISSARY IS ALL JUNK FOOD. SEEING A SCALE DAILY, SPURS ME TO DIET AND EXERCISE. THE INSTANT FEEDBACK SPURS ME TO ACTION AT A WEIGHT GAIN OF TWO OR THREE POUNDS BEFORE I GAIN MAJOR WEIGHT. MONTHS OF REQUESTS FOR WEIGHT CHECKS, AFTER I GAINED LIKE 25 LBS, RESULTED IN 6 WEEKS OF CHECKS WHICH CEASED AS SOON AS I LOST 15+ LBS. I'D ORIGINALL

II CA" WHAT STEPS DID YOU TAKE?" (CONT- PAGE 2)

REQUESTED WEEKLY WEIGHT CHECKS. NURSE
PRACTITIONER ALICE WOULD ONLY APPROVE
"EVERY 2 TO 3 WEEKS, MAYBE LESS IF THEY'RE
BUSY" ON 3/25/08. IT TOOK 3 MONTHS TO GET THAT FAR.
BY THE END OF MAY 2008, I HAD NOT BEEN
CALLED FOR WEIGHT CHECKS AND HAD STARTED
DROPPING MEDICAL SLIPS LIKE CRAZY. I FINALLY
RECEIVED 6 WEEKS OF WEEKLY WEIGHT CHECKS
FROM JUNE TO MID JULY 2008, AND THEN THEY
ABRUPTLY STOPPED. I FILED A GRIEVANCE
DEMANDING THEY BE RE-STARTED.

II C2 "WHAT WAS THE RESULT?"

A NURSE PRACTIONER "JANE DOE" (POSSIBLY PAT
OR BROWN) PRESIDED OVER BOTH GRIEVANCES, NOT A DOCTOR

GRIEVANCE #1 - KNEE

THE NURSE ASKED ME TO EXTEND MY LEGS
COMPARING BOTH. I GRIMACED AND HAD DIFFICULTY
WITH THE RIGHT. SHE LOOKED AT MY KNEE,
VISUALLY INSPECTING IT. SHE PRESSED MY KNEE
WITH BOTH THUMBS, CAUSING PAIN.
THEN SHE RE-READ THE X-RAY REPORT,
AND REPEATED WHAT I WAS ALREADY TOLD,
"YOU HAVE ARTHRITIS AND BONE SPURS", THEN
ADDED, "IT'S NOT HOT. IT'S NOT COLD. YOU
ARE FINE."

II C 2 " WHAT WAS THE RESULT (CONT - PAGE 3)

I TOLD HER IT WAS NOT FINE, THAT IT
ALWAYS HURT, AND LISTED A HOST OF DEFICIENCIES.
I DEMANDED AN MRI. I WAS TOLD IT
WAS "NOT MEDICALLY INDICATED". END OF
DISCUSSION — ON TO GRIEVANCE # 2 "

## GRIEVANCE #2

I WAS TOLD " YOU ARE NOW WITHIN 5 LBS
OF YOUR ENTRY WEIGHT. YOU'RE ALREADY GETTING
AN EXTRA BLANKET FOR POSITIONING & YOU'VE SEEN
A DIETICIAN. YOU GOT SIX WEEKS OF WEIGHT
CHECKS. YOU'RE GETTING MORE THAN MOST."

MY IMMEDIATE ARGUEMENT THAT, AS I HAD LOST
15 LBS THROUGH THE WEIGHT CHECKS, AFTER
8½ MONTHS OF GAINING WEIGHT, CLEARLY
THE PROCESS WAS EFFECTIVE, WAS LOST ON
HER. A LECTURE ABOUT NOT EATING PEANUT
BUTTER AND JELLY, AND COMMISSARY CAKES
ENSUED FOLLOWED WITH ANOTHER " IT'S
NOT MEDICALLY INDICATED"

## GRIEVANCE #3 (NOT FILED).

I HAD A THIRD GRIEVANCE, DEMANDING
ACCESS TO MY ORTHOPEDIC SURGEON, AND
MY ALREADY APPROVED, AND PAID FOR
SPINAL SURGERY.

NURSE PRACTITIONER ALICE, AFTER A
VERBAL INTERVIEW, AND A VISUAL EVALUATION

II C2 " WHAT WAS THE RESULT (CONT - PAGE 4)

OF ME WALKING FOUR FEET FROM THE DOOR
TO THE CHAIR, TOLD ME THAT MY 10
YEARS WORTH OF MRI'S AND MY ORTHOPEDIC
SURGEON WERE WRONG, AND THAT I DID
NOT NEED THIS "ELECTIVE" SURGERY, AND
SHE, A NURSE WAS GOING TO TREAT MY
CONDITION "CONSERVATIVELY" WITH EXERCISE,
AND GAVE ME A LIST OF BACK EXERCISES.
I WAS ALSO TOLD "SECURITY CONCERNS"
WOULD NOT ALLOW ME TO BE TRANSPORTED
FOR MY OPERATION

(*)  IT WAS MADE CLEAR TO ME, THROUGH BOTH
MY FRUITLESS ATTEMPTS TO GET TREATMENT
DURING 10½ MONTHS PRIOR TO FILING THE
GRIEVANCES, AND THE FACT A NURSE
PRESIDED OVER BOTH, WHILE A CORRECTIONS
OFFICER HOVERED OVER US IN THE DOORWAY
WHILE SHE SYSTEMATICALLY DISMISSED
MY CLAIMS AND DENIED ME ACCESS TO
ANY DIAGNOSTIC TESTING, OR EVALUATION
BY A DOCTOR MUCH LESS A SPECIALIST,
THAT FILING THE THIRD GRIEVANCE OVER
THE SURGERY WOULD BE FUTILE.
NURSES, AND AN OCCASIONAL X-RAY ARE
EMPLOYED TO MAINTAIN THE APPEARANCE
AND ILLUSION OF EVALUATION, WITH THE
SOLE INTENT OF DENYING TREATMENT, AND

II  C2 "WHAT WAS THE RESULT?" (CONT PAGE 5)

PRECLUDING THE EXPENDITURE OF MONEY, THIS
WAS UNEQUIVOCALLY CONFIRMED FOR ME ON
9/7/08 DURING MY "COMPLETE PHYSICAL EXAM"
ANOTHER FARCE, WHICH BEYOND A BLOOD PRESSURE
CHECK, AND LISTENING TO YOUR HEART AND
LUNGS, INVOLVES NO TESTING/EXPENDITURE
SUCH AS LAB WORK-UP OF YOUR BLOOD —
STANDARD IN ANY ADULT PHYSICAL.

ONCE A YEAR, THE JAIL HAS A DOCTOR,
GIVE YOU A SUPERFICIAL PHYSICAL, PROBABLY
TO SATISFY SOME STATE REQUIREMENT,
MINE WAS DONE BY A DOCTOR PRENTISS.
I EXPRESSED MY PROBLEMS WITH MY BACK
AND KNEE, AND MY FUTILE QUEST
FOR TREATMENT. I ALSO COMMUNICATED
THE FACTS THAT POST-GRIEVANCE, I
WAS HAVING TROUBLE SEEING, AND
HAD A SIZEABLE SKIN GROWTH, I WAS
WORRIED MAY BE CANCEROUS.
HIS CANDOR LEFT ME SPEECHLESS. THOUGH
HE DID SAY HE'D PUT ME DOWN FOR AN
EYE EXAM, HE SAID, "LET ME ASK YOU THIS,
WHY SHOULD I, A TAXPAYER, PAY FOR
YOUR MEDICAL TREATMENT, WHEN YOU'RE
HERE FOR COMMITTING A CRIME, AND
WILL LEAVE SOON, AND CAN PAY FOR IT
YOURSELF?"

SHORT VERSION: " IF YOU AREN'T GOING TO

II  C2 "WHAT WAS THE RESULT?" (CON'T PAGE 5)

DIE ON OUR WATCH, WE AREN'T DOING ANYTHING
FOR YOU". I WENT ON TO SAY THAT, "FIRST,
I AM WRONGLY ACCUSED, AND INNOCENT,
AND SECOND 12 MONTHS IN, I HAVE NO
END IN SIGHT, BUT NEED TREATMENT
NOW, BEFORE I'M IN A WHEELCHAIR. HE
SAID, "LET'S SEE IN A COUPLE MONTHS. LET'S
SEE WHAT HAPPENS."

FURTHER SLIPS ABOUT THE EYE EXAM AND
SKIN GROWTH HAVE BEEN IGNORED. I HAVE
NOT BEEN CALLED TO MEDICAL SINCE 9/7/08.
GRIEVANCES ABOUT MY EYES OR THE SKIN
GROWTH WOULD ALSO BE FUTILE - IF
THEY DON'T CARE IF I BECOME PARALYZED,
I DOUBT THEY CARE IF I CAN SEE, OR
HAVE CANCER. THE WEIGHT CHECK GRIEVANCE
WAS THE DEFINING FACTOR. COST - ZERO,
BENEFIT - ENORMOUS. BUT IT'S "NOT MEDICALLY
INDICATED". EVEN COURT ORDERS WERE IGNORED.

ALSO OF NOTE, I DIDN'T KNOW A MEDICAL
GRIEVANCE PROCEDURE EXISTED UNTIL JUNE OF
2008, SOME 10 MONTHS INTO MY INCARCERATION.
IT'S NOT IN THE INMATE HANDBOOK, AND NO
NOTICE OF IT EXISTS ANYWHERE. I FOUND OUT
THROUGH ANOTHER INMATE. THE JAIL RETALIATES
FOR FILING REGULAR GRIEVANCES (PLUS I WAS
TOLD I COULDN'T FOR MEDICAL ISSUES), BUT I FELT
SAFE FILING MEDICAL GRIEVANCES.

III.   Parties:

(In item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff  ANTHONY J. CEPARANO

Address  110 CENTER DRIVE, RIVERHEAD, NY 11901

(In item B below, place the full name and address of each defendant)

B.  List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1
SUFFOLK CO. DEPT OF HEALTH
110 CENTER DRIVE
RIVERHEAD, NY 11901

Defendant No. 2
S.C.C.F. MEDICAL UNIT
110 CENTER DRIVE
RIVERHEAD, NY 11901

Defendant No. 3
HUMAYUN CHAUDRY - COMM. DEPT OF HEALTH
110 CENTER DRIVE
RIVERHEAD, NY 11901

Defendant No. 4
VINCENT GERACI S.C.C.F CHIEF ADM.
110 CENTER DRIVE
RIVERHEAD, NY 11901

Defendant No. 5
DOCTOR "IGOR"
110 CENTER DRIVE
RIVERHEAD, NY 11901

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

DEFENDANT NO. 6 · DOCTOR PRENTISS
110 CENTER DRIVE
RIVERHEAD, NY 11901

✓ DEFENDANT NO. 7 · NURSE PRACTITIONER ALICE
110 CENTER DRIVE
RIVERHEAD, NY 11901

✓ DEFENDANT NO 8 · NURSE PRACTITIONER "JANE DOE"
110 CENTER DRIVE
RIVERHEAD, NY 11901

✓ DEFENDANT NO 9 · NURSE "JANE DOE" LPN
110 CENTER DRIVE
RIVERHEAD, NY 11901

✓ DEFENDANT NO 10. · DRUG/ALCOHOL COUNSELOR ELIANA
110 CENTER DRIVE
RIVERHEAD, NY 11901

IV.     Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred.  Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights.  You need not give any legal arguments or cite to cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  You may use additional 8 ½ by 11 sheets of paper as necessary.)

SUFFOLK COUNTY CORRECTIONAL FACILITY'S MEDICAL UNIT IS A FRAUD DESIGNED TO PERPETRATE THE ILLUSION OF PROVIDING CARE TO SATISFY LEGAL REQUIREMENTS, BUT BEYOND EMERGENCY\FIRST AID MEASURES NECESSARY TO STABILIZE AN INMATE UNTIL HE LEAVES THE FACILITY, NO MEANINGFUL CARE EXISTS. ARBITRARY REGULATIONS DESIGNED TO DENY CARE AND COST EXPENDITURE EXIST FOR EVERYTHING, INCLUDING THE MOST INSIGNIFICANT OF AILMENTS, FOR EXAMPLE, A "PRESCRIPTION" IS REQUIRED FOR SALT TO GARGLE WITH, ANTACIDS, OR TYLENOL. NURSES(LPN'S) DISPENSE MEDICINE ON HOUSING UNITS, BUT BARELY LISTEN TO COMPLAINTS, REFERRING YOU TO FILING A "MEDICAL SLIP", THE WAY TO ACCESS CARE, SLIPS ARE OFTEN IGNORED. COMPLAINTS, EVEN EMERGENCIES,

IV. A        If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required.  Was medical treatment received?

REPORTED TO C.O'S, ARE IGNORED, AND YOU ARE REFERED TO THE SLIP SYSTEM. FACE TO FACE COMMUNICATION TO ACCESS MEDICAL CARE DOES NOT EXIST. SLIPS ONLY GET YOU A NURSE PRACTITIONER. DOCTORS ARE VERY RARE. NURSES RUN MEDICAL, AS IF THEY ARE DOCTORS, EVALUATIONS, AND ANY SUPERFICIAL TESTING (AN X-RAY) AT MOST, ARE DONE "IN-HOUSE", DESIGNED TO DISMISS CONCERNS, AND DENY TREATMENT. THEY WON'T LET YOU SEE YOUR DOCTOR, BUT THEY DON'T TREAT YOU THEMSELVES. ON RARE OCCASIONS WHEN AN OUTSIDE DOCTOR IS ACCESSED, HIS ORDERS ARE IGNORED, AND TREATMENT UNDONE,

## IV STATEMENT OF CLAIM

CONCERN FOR COMFORT AND WELFARE DOES NOT EXIST.
I ENTERED S.C.C.F WITH TWO PRE-EXISTING
MEDICAL CONDITIONS, SERIOUS ONES THAT I WAS
UNDER SPECIALISTS' CARE FOR PRIOR TO 9/17/07
WHEN MY INCARCERATION BEGAN, ONE CONDITION,
DEGENERATIVE DISC DISEASE/HERNIATED DISCS I HAVE
BEEN UNDER THE CARE OF ORTHOPEDIC DOCTORS FOR,
FOR TWELVE YEARS, SINCE 1997. THE MORE RECENT
CONDITION RELATED TO THE 2007 AUTO ACCIDENT,
WHICH INCIDENTLY BROUGHT ME TO S.C.C.F,
REQUIRED SURGERY AND TWO WEEKS HOSPITALIZATION,
I WAS ON CRUTCHES, AND PLACED ON THE
MEDICAL TIER FOR TWO MONTHS UPON MY
ENTRY 9/17/07. MY ARRAIGNMENT MINUTES
CLEARLY SHOW THE OBVIOUS NECESSITY OF
MEDICAL TREATMENT WAS APPARENT TO THE
JUDGE, WHO ASKED, "DO YOU REQUEST THE
FILE MARKED 'MEDICAL ATTENTION'?"
THE JAIL WAS MADE FULLY AWARE OF
MY NEED FOR MEDICAL ATTENTION WITH
REGARD TO BOTH CONDITIONS (AND WAS AWARE
OF THE BACK ISSUES FROM PRIOR INCARCERATIONS
IN 2004 THROUGH 2006) BUT ALL TREATMENT
CEASED ON 9/17/07 WHEN I ENTERED
JAIL.

FURTHERMORE, SUBSEQUENT MEDICAL
ISSUES THAT DEVELOPED THROUGH MY 16 MONTHS
HERE HAVE BEEN COMPLETELY IGNORED

IV. STATEMENT OF CLAIM (CON'T - PAGE 2)

MEDICAL ISSUES

1 DEGENERATIVE DISC DISEASE | HERNIATED DISCS

I HAVE SCOLIOSIS, THAT COUPLED WITH A VARIETY OF FORCES THROUGH THE YEARS, RESULTED IN A SEVERLY HERNIATED | SEQUESTERED DISC THAT PARALYZED ME BRIEFLY BEFORE SURGERY ON 8/22/97 FIXED ME. [LUMBAR DISC L4-L5]

A YEAR LATER ON 7/13/98, I WAS HIT FROM BEHIND BY A BOX TRUCK, IN MY CAR, WHILE GOING TO A CLIENT, THIS RESULTED IN FIVE HERNIATED DISCS, TO DATE, AS MY DEGENERATIVE DISC DISEASE PROGRESSED, CURRENTLY MY DAMAGED DISC LIST IS - CERVICAL (NECK) DISCS C5-C6, C6-C7, LUMBAR (LOWER BACK) L1-L2, L4-L5, AND L5-S1. I AM LEGALLY DISABLED FROM THE '98 ACCIDENT. I HAVE NERVE DAMAGE IN BOTH LEGS, AND MY RIGHT ARM, I REQUIRE EXTENSIVE PAIN MANAGEMENT, I, PRIOR TO ENTRY, WAS UNDER THE CARE OF ORLIN AND COHEN ORTHOPEDIC ASSOCIATES SINCE 2002,

THEY RECOMMENDED FUSION SURGERY ON MY NECK IN 2002, AND ALSO ON MY LOWER BACK IN 2004 OR 2005. HOLDING OUT FOR THE NEW "ARTIFICIAL DISC REPLACEMENT" TO BECOME FDA APPROVED, I DEFERED SURGERY, BUT BY 2005, I WAS IN AGONY, AND COULD

**IV** STATEMENT OF CLAIM (CON'T - PAGE 3)

WAIT NO MORE. LUCKILY, THE FDA HAD JUST RECENTLY APPROVED THE ARTIFICAL DISCS FOR LOWER BACK SURGERIES

THE INSURANCE CO. APPROVED THE OPERATION IN NOVEMBER 2005, BUT I KNEW I WAS SOON GOING TO JAIL FOR MY PROBATION VIOLATION FOR 4 MONTHS, AND DIDN'T WANT TO BE RECOVERING IN JAIL FROM SURGERY, SO I DECIDED TO WAIT UNTIL I GOT OUT.

UPON ENTRY 2/2/06, I SAW MEDICAL AND REQUESTED PAIN MANAGEMENT MEDICINE LIKE I WAS GETTING FROM MY SURGEON (VICODIN, AND SOMA). I WAS TOLD THAT THEY DON'T PRESCRIBE NARCOTICS "BECAUSE SOME PEOPLE USE THEM TO GET HIGH". MY WELL DOCUMENTED CONDITION SHOULD HAVE MADE CLEAR MY INTENTION WAS PAIN RELIEF RATHER THAN RECREATIONAL USE. I EVEN OFFERED TO GET MY MEDICAL RECORDS SENT IN, BUT WAS TOLD, "WE KNOW ABOUT YOUR CONDITION, BUT WE DON'T PRESCRIBE 'NARCOTICS'." I WAS WRITTEN A PRESCRIPTION FOR AN ANTI-INFLAMMATORY WHICH DID NOTHING FOR ME WHATSOEVER.

MY CONDITION, COUPLED WITH THE PATHETIC BEDS THEY HAVE (A TWO INCH EXERCISE PAD ON A METAL SLAB), KEPT ME IN AGONY FOR THE FOUR MONTHS, FROM 2/2/06 TO 6/2/06.

IV STATEMENT OF CLAIM (CON'T - PAGE 4)

APPROX.IMATELY A WEEK BEFORE RELEASE 5/25/06, I WAS ATTACKED BY ANOTHER INMATE, JOHN LEE JOHNSON, WHO THREW ME BACKWARDS INTO A LOCKER. I CAUGHT THE POINT OF THE CORNER SQUARE IN BETWEEN MY SPINE, AND MY RIGHT SHOULDER BLADE. A STOCKY MAN, HE THREW ME INTO THE UNIT WITH SUCH FORCE THAT THE UNIT - A DOUBLE BUNK BED WITH TWO LOCKERS ATTACHED, WITH BOTH OCCUPANTS ON THEIR BEDS, FLEW SOME THREE FEET OVER; A COMBINED WEIGHT OF SOME 500 LBS MOVED FROM THE IMPACT OF MY BACK INTO THE LOCKER POINT,

CORRECTIONS OFFICERS SAW THE ENTIRE THING, AND REPORTED IT TO SECURITY. THE ATTACK CRIPPLED ME FOR A WEEK. I COULD BARELY WALK. BUT I WAITED TWO DAYS TO GO TO MEDICAL BECAUSE EVERYONE WOULD'VE THOUGHT ME "SNITCHING" HAD I GONE THAT DAY.

I WAS WAITING ON A BENCH OUTSIDE MEDICAL, WHEN THE HEAD OF SECURITY MOTIONS ME TO FOLLOW HIM. (INMATES OFTEN SEE SECURITY UNDER THE GUISE OF MEDICAL.) I SAID, "NO. I DON'T WANT TO SEE YOU. I REALLY NEED MEDICAL ATTENTION - BADLY!"

IV  STATEMENT OF CLAIM (CON'T — PAGE 5)

HE WOULD <u>NOT</u> LET ME SEE THE DR. UNTIL
HE QUESTIONED ME. HE KNEW THE WHOLE
THING. HE CALLED UP THE INMATES PICTURE,
AND DESCRIBED THE ENTIRE ATTACK TO ME,
AND PRESSURED ME TO PRESS CHARGES. CLEARLY
THE TWO C.O'S IN THE GYM AT THE TIME
SAW THE ENTIRE THING, INCLUDING ME WRITHING
IN AGONY ON THE FLOOR.

THEY REPORTED <u>IT</u> TO SECURITY, BUT KNOWING
MY PROBLEM WITH <u>REQUESTING</u> MEDICAL
ATTENTION IMMEDIATELY, THEY DID **NOTHING** TO GET
ME TO MEDICAL. THEN WHEN <u>I</u> GOT ME TO
MEDICAL I WAS <u>ORDERED</u> TO SEE SECURITY
FIRST.

WHEN I GOT TO MEDICAL, I WAS TOLD
"THE SCAB'S HEALING. WE CANT DO ANYTHING
FOR YOU," DESPITE NOTING I WAS EXPERIENCING
MUSCLE SPASMS AT THE TIME, THE NURSE
(YOU ALWAYS SEE A NURSE. A DOCTOR IS RARE)
REFUSED TO GIVE ME ANY KIND OF PAIN
MEDICATION OR MUSCLE RELAXANTS. HER
FINAL COMMENT WAS, "BESIDES, YOU'LL
BE HOME IN A WEEK. ASK YO<u>UR</u> DOCTOR."
THE FINAL IRONY IS THAT I'D AGREED
TO PRESS CHARGES THE DAY I LEFT, IN
A WEEK. THE SECURITY HEAD, WHO WOULDN'T
LET ME SEE MEDICAL BEFORE HIM, NEVER
CALLED ME BACK TO DO IT.

## IV STATEMENT OF CLAIM (CON'T - PAGE 6)

So NOW IT'S DAWNING ON SUMMER 2006, AND
I FIND OUT THE ARTIFICIAL DISC OPERATION
IS HAVING HIGH FAILURE RATES, AND MY
SURGEON DOESN'T WANT TO DO THEM ANY
LONGER. HE RECOMMENDS THE FUSION
SURGERY AGAIN, THE ONE I DIDN'T WANT
TO HAVE FOR TWO YEARS

I AGAIN DEFERED, BUT BY THE END OF
2006, I REALIZED I COULD HOLD OUT ANY
LONGER. I WAS OUT OF OPTIONS. THE NERVE
DAMAGE WAS PROGRESSING TOO FAST. I
TOLD HIM TO DO THE FUSION SURGERY.

BUT NOW THE INSURANCE AUTHORIZATION
WAS A YEAR OLD, AND THE OPERATION
TECHNICALLY CHANGED, SO THE DOCTOR
WANTED NEW AUTHORIZATION. HOWEVER,
THIS TIME THE INSURANCE COMPANY
BALKED AND DEMANDED AN INDEPENDENT
MEDICAL EXAM (IME), WHICH TOOK PLACE
APRIL 2007. THE IME DETERMINED I
NEEDED IMMEDIATE SURGERY.

THEN, WHILE AWAITING THE FINAL PROCESSING
FOR THE SURGERY, I GOT IN A CAR
ACCIDENT 6/5/07, IN WHICH MY NECK WAS
FURTHER INJURED WHEN I HIT, AND BOUNCED
OFF THE WINDSHIELD WITH MY HEAD,
ALMOST GOING THROUGH IT, AS WAS MY
LOWER BACK BOTH BY THE SAME AND BY

IV STATEMENT OF CLAIM (CON'T-PAGE 7)

VIRTUE OF MY FEMUR ON MY RIGHT LEG
BEING DRIVEN UP INTO MY HIP, ~~BREAKING~~ BREAKING
THE HIP/THIGH SOCKET, WHICH REQUIRED
SURGERY TO REPAIR, ALONG WITH MY BROKEN FEMUR.
I WAS STILL ON CRUTCHES, RECOVERING
FROM THIS ACCIDENT 9/17/07 WHEN I ENTERED
JAIL, I IMMEDIATELY WENT TO MEDICAL
AND EXPLAINED THE ENTIRE SURGERY SAGA
HISTORY, AND HOW IT HAD BEEN DELAYED,
MOST RECENTLY WHILE I RECOVERED FROM
THE JUNE 5 ACCIDENT,
   I STATED MY INTENTION TO HAVE THE BACK
OPERATION AS SOON AS I WAS OFF THE
CRUTCHES TO NURSE PRACTITIONER ALICE.
SHE IMMEDIATELY STARTED THROWING UP
ROAD BLOCKS, TO DENY ME THE SURGERY.
   WHEN I REQUESTED MY MEDICAL FILE AT
ORLIN AND COHEN ORTHOPEDIC BE GOTTEN,
NURSE PRACTITIONER ALICE SAID, "OH NO.
WE REQUESTED YOU SIGN A RELEASE FOR
THOSE IN 2005, AND YOU REFUSED, SO WE
WON'T SEND FOR THEM NOW". I TOLD HER
THAT MY 2005 REFUSAL WAS BECAUSE I
WAS ONLY GOING TO BE IN FOR 3 WEEKS
AND I SAW NO REASON FOR MY DOCTOR
TO KNOW I WAS IN JAIL, ESPECIALLY
SINCE I'D LEAVE BEFORE THE RECORDS
ARRIVED, SHE STILL REFUSED.

IV   STATEMENT OF CLAIM (CON'T - PAGE 8)

I SAID, "FINE. YOU DON'T NEED THE RECORDS ANYWAY. YOU'RE NOT GOING TO TREAT THIS. THEY (MY DOCTOR'S) ARE. JUST CALL THEM, AN SCHEDULE MY SURGERY, AND TRANSPORT ME."

NURSE PRACTITIONER ALICE (ALICE) SAYS, "OH NO, THAT'S ELECTIVE SURGERY. YOU DON'T NEED THAT. WE'RE (MEANING HER) GOING TO 'TREAT' IT CONSERVATIVELY WITH EXERCISE". (A FEW DAYS LATER I RECEIVED A ONE PAGE LIST OF BACK EXERCISES)

NOW KEEP IN MIND - THIS IS A NURSE, WHO JUST MET ME, AND DID NO, NOR HAD ACCESS TO ANY, MEANINGFUL TESTING OF MY CONDITION. SHE DIDN'T EVEN DO MANUAL RESISTANCE TESTS. HER ENTIRE 'DIAGNOSIS' WAS BASED UPON THIS FIVE MINUTE CONVERSATION. SHE DID NO EXAMINATION WHATSOEVER.

WHEN I POINTED THIS OUT, ALONG WITH THE FACT THAT TWO SPECIALIST SURGEONS (MY DOCTOR, AND THE I.M.E), WITH MEDICAL DEGREES, YEARS OF RESIDENCY, AND SPECIALTY EXPERIENCE HAD EVALUATED 10 YEARS OF MRI'S AND DETERMINED THAT I DID NEED SURGERY, ALONG WITH THE FACT THAT PHYSICAL THERAPY HAD BEEN TRIED TO NO AVAIL BACK IN 1999 POST ACCIDENT

IV STATEMENT OF CLAIM (CON'T - PAGE 9)

AND PRIOR TO MY "NEUROLOGY" ERA, WHICH
WAS DURING MY "INOPERABLE" PHASE, BEFORE
I ARRIVED IN ORTHOPEDIC SURGERY LAND,
SHE REPEATED, "WELL I'M GOING TO TREAT
YOUR CONDITION WITH EXERCISE", WHICH MY
CRUTCHES PRECLUDED ANYWAY EVEN WERE
IT A VIABLE OPTION.

WHAT STRUCK ME THE MOST WAS ALICE
KEDT REPEATING, "I'M GOING TO TREAT
YOU CONSERVATIVELY, YOU DON'T NEED 'ELECTIVE'
SURGERY." I WAS INCREDULOUS, THINKING,
THIS PATHETIC NURSE THINKS SHE'S A DOCTOR.
"I'M GOING TO TREAT YOU..." THE AUDACITY.
THEN SHE ADDS, "EVEN WERE I TO
APPROVE YOUR SURGERY, YOUR DOCTOR COULDN'T
DO IT. IF IT'S NOT A HOSPITAL THAT WE
TRANSPORT TO, AND WHO TAKES MEDICAID,
WE WON'T DO IT. THERE'S SECURITY ISSUES"
I SAID, "I DON'T NEED YOUR INSURANCE,
THE OPERATION IS PAID FOR. YOU ONLY NEED
TO DUMP A BUCK NINETY EIGHT OF GAS
IN A CAR AND TRANSPORT ME. AS FOR
SECURITY, THERE'S NO MORE SECURITY
AT STONY BROOK (THE JAIL'S HOSPITAL)
THAN AT MY SURGEON'S. THERE'S NO PRISONER'S
WING. BESIDES - I'M ON CRUTCHES. I'M
CRIPPLED. I'M HARDLY A "SECURITY CONCERN"
NOW A SECURITY EXPERT TOO, SHE REPLIES

## IV STATEMENT OF CLAIM (CONT - PAGE 10)

THAT THEY'D BEEN DOING THIS A LONG TIME, AND NEEDED NO HELP FROM ME, AND REGARDLESS, SHE WASN'T GOING TO ALLOW MY OPERATION, 'ELECTIVE', AT THIS POINT,

I DEMANDED TO SEE A DOCTOR CONCERNING THE MATTER AND WAS TOLD THAT I DIDN'T NEED TO SINCE SHE'D EXAMINED ME, AND DETERMINED I DIDN'T NEED SURGERY.

I CHANGED TRACKS AND REQUESTED PAIN MANAGEMENT. ALICE TOLD ME THAT SINCE I HAD PRIOR COCAINE ISSUES I ONLY WANTED MEDICATION TO GET HIGH, AND SHE WASN'T GOING TO BE A PARTY TO MY ADDICTION, THAT COCAINE WAS TWO YEARS PAST, THAT COCAINE AND OPIATES ARE TWO DIFFERENT WORLDS, THAT MY SURGEON WAS AWARE OF MY PAST COCAINE ISSUES, AND PRESCRIBED THE REQUESTED MEDICATIONS FOR FIVE YEARS FELL ON DEAF EARS, "THAT'S NOT THE WAY I PRACTICE. I'LL GIVE YOU AN ANTI-INFLAMMATORY, FLEXORAL, BUT THAT'S IT, I'M NOT HELPING YOU GET HIGH"

I HAVE A DIARY DETAILING SUBSEQUENT VISITS TO MEDICAL, BUT IT IS NOT IN MY POSSESSION IN THE JAIL, I SENT IT OUT TO PROTECT IT, SO I MAY JUMBLE SOME OF THE FOLLOWING, BUT THE SUBSTANCE IS HERE?

SHORTLY AFTER THIS INITIAL CONTACT WITH

## IV STATEMENT OF CLAIM (CON'T - PAGE 11)

ALICE, I DROPPED A SLIP SPECIFICALLY REQUESTING TO "SEE A DOCTOR, NOT A NURSE". I WAS CALLED TO MEDICAL TO SEE ALICE AGAIN, MUCH TO MY DISMAY.

I REQUESTED A MEDICAL ORDER FOR A SECOND MATTRESS, EXPLAINING THAT THE ONE STANDARD ISSUE STATE MATTRESS, WORN FROM YEARS OF USE, ALLOWED MY HIPS AND SHOULDERS TO PRESS RIGHT THROUGH TO THE METAL SLAB IN THE BED FRAME CAUSING ME PAIN, AND PREVENTING ME FROM EVER SLEEPING MORE THAN AN HOUR STRAIGHT (AN OCCURRANCE WHICH PERSISTS TO THIS DAY, SOME 16 MONTHS LATER) I WAS TOLD THAT BY ORDER OF THE WARDEN, NO ONE WAS ALLOWED TWO MATTRESSES BECAUSE IT CAUSES JEALOUSY AND FIGHTS. THAT I WAS ON THE MEDICAL TIER CHANGED NOTHING, I THOUGHT, "LOVELY, FIRST A NURSE, NOW A WARDEN, IS MAKING MEDICAL DECISIONS THAT WILL AFFECT THE REST OF MY LIFE"! THEN I REQUESTED A MEDICAL ORDER FOR TWO EXTRA BLANKETS, ONE TO FASHION INTO A PILLOW TO KEEP MY NECK PROPERLY SUPPORTED, THE OTHER BECAUSE THE JAIL IS FREEZING, WINTER'S COMING, AND COLD ADVERSELY AFFECTS BACK CONDITIONS, SHE SAID SHE'D WRITE AN ORDER FOR ONE

IV STATEMENT OF CLAIM (CON'T - PAGE 12)

THEN I REVISITED THE PAIN MEDICATION
ISSUE, BEGGING SHE GET MY MEDICAL
RECORDS. SHE AGAIN REPEATED HER, "I
WON'T BE PART OF YOUR ADDICTION."
ENRAGED, IT TOOK TREMENDOUS CONTROL
TO NOT SCREAM, "VICODIN IS NOT, NOR
WAS, PART OF MY ADDICTION, AND THAT
WAS TWO YEARS AGO, YOU B____" (DEROGATORY
TERM FOR FEMALES THAT EVEN HER CO-WORKERS
REFER TO HER AS)

WHEN I PERSISTED, ASKING, "SO IF I'M
PARALYZED IN A WHEELCHAIR IN AGONY, I
CAN NEVER GET SO MUCH AS A TYLENOL
FROM YOU BECAUSE I USED TO BE HOOKED
ON COKE??!" I WAS TOLD THAT IF I
EVER GOT THAT BAD SHE WOULD, BUT THAT
I DIDN'T NEED IT NOW," SHE THEN GOT
NASTY AND THREW ME OUT SAYING, "YOU'RE
DONE. LEAVE!"

I ASKED, "SO AT WHAT POINT DO YOU STOP
BRINGING UP MY FORMER ADDICTION, AND
START TREATING ME? I CAN'T GET SURGERY,
I CAN'T GET AN EXTRA MATTRESS. WHAT CAN
I GET?"

SHE REPEATS, "YOU'RE DONE. I SAID LEAVE,
DO I HAVE TO CALL THE OFFICER?" I'M AN
INMATE FIRST, A PATIENT SECOND, IN RETALIATION,
SHE NEVER WROTE THE "EXTRA BLANKET" ORD —

IV STATEMENT OF CLAIM (CONT-PAGE 13)

SEVERAL WEEKS LATER, I MANAGED TO GET TO MEDICAL WITH REGARD TO MY 6/5/07 ACCIDENT INJURIES, AND BY LUCK OF THE DRAW, GOT TO SEE DR "IGOR". I EXPLAINED MY BACK ISSUES AND MY NEED FOR SURGERY, HE, WHILE SYMPATHIZING, FRANKLY STATED, "YOU CANT HAVE YOUR OPERATION WHILE YOU ARE HERE. YOU'LL HAVE TO WAIT UNTIL YOU GET OUT, OR GO UPSTATE" HE ASKED HOW LONG I'D BE IN S.C.C.F FOR. WHEN I REPLIED, "UNKNOWN", HE REPEATED WHAT ALICE HAD SAID ABOUT STONYBROOK BEING THE ONLY HOSPITAL THEY'D BRING ME TO, AND MY DR. WAS MOOT, ETC.

HE DID HOWEVER AGREE TO PRESCRIBE SOME PAIN PILLS AFTER I TOLD HIM HOW I WAS IN AGONY, AND COULDN'T SLEEP, "I'LL GIVE YOU YOUR VICODIN, BUT WE DON'T USE YOUR SOMA." MUCH TO MY CHAGRIN, I FIND OUT HE PRESCRIBED ONE 300 MG VICODIN, AT NIGHT, FOR ONE WEEK. I GET SIX 1000 MG PER DAY AND THREE SOMA DAILY FROM MY SURGEON. IT WAS THE BARE MINIMUM POSSIBLE.

WHEN I AGAIN WENT TO MEDICAL TO GET THE SCRIPT RENEWED, I DREW ALICE, WHO AGAIN DECIDED SHE KNEW BETTER THAN DOCTORS, AND DISCONTINUED

IV. STATEMENT OF CLAIM (CONT - PAGE 14)

THE MEDICATION.

So NOW IT'S MARCH, SIX MONTHS IN S.C.C.F
HAS CAUSED ME TO GAIN A LOT OF WEIGHTS
I DON'T KNOW WHAT I WEIGH, BUT I
KNOW I'M FAT. I FIND OUT - 194.5 LBS
ON THE SCALE AT MEDICAL, THE FATEST
I'VE EVER BEEN IN HISTORY. IT IS PUTTING
TREMENDOUS EXTRA PRESSURE ON MY DISCS,
LAYING, SITTING, STANDING, MOVING, ALL
CAUSE ME EXCRUCIATING PAIN, I MOVE LIKE I'M 90,
PRIOR REQUESTS FOR REGULAR WEIGHT
MONITORING HAVE BEEN IGNORED, BUT
ON 3/25/08, ALICE FINALLY AUTHORIZES " EVERY
2 TO 3 WEEKS" CHECKS, (I NEED DAILY,
AND REQUESTED WEEKLY, BUT GOT *2-3 WEEKS)
SHE ALSO AUTHORIZES THE EXTRA BLANKET
FINALLY, SOME SIX MONTHS AFTER MY ORIGINAL
REQUEST, BUT DENIES ME ANY PAIN MEDICATION,
OR ANY OUTSIDE EVALUATION ON MY
KNEE, I DIDNT EVEN BOTHER WITH
THE BACK SURGERY, FIGURING I'D LOSE
THE TWO THINGS I WAS GETTING
(THE BLANKET, AND WEIGHT CHECK). NOTICE
HOW THE AUTHORIZED ITEMS ARE FREE,
AND THE REQUESTS INVOLVING COST ARE
DENIED?.
BUT TWO MONTHS LATER, THE WEIGHT
CHECKS HADNT STARTED, SO I BEGAN TO

IV  STATEMENT OF CLAIM (CONT - PAGE 15)

DROP SLIPS DEMANDING THEM, I BELIEVE
MY FIRST ONE WAS 5/31/08. THE SECOND
WEEK, I'M DOWN AT MEDICAL, AND THIS
OBNOXIOUS NURSE, NURSE "JANE DOE" LPN,
ANGRILY SCREAMS AT ME, "AND STOP
DROPPING SLIPS. WE DO WEIGHT CHECKS
ON SATURDAYS AT 8AM, THAT'S IT."
   I TOLD HER THAT I DIDN'T GET COMPLIANCE
WITH THE 3/25/08 ORDER UNTIL I BEGAN
DROPPING SLIPS, AND THAT I WOULD CONTINUE
TO DO SO. AFTER DENIAL OF SURGERY,
AND MAINTENENCE OF SYMPTOMS COMFORT]
AND MEDICATIONS, I GOT THIS ONE LITTLE
THING — WEIGHT CHECKS, ORDERED, AM THEM
IT WASN'T DONE, AND I GOT TO HAVE
THIS OBNOXIOUS NURSE GIVING ME GRIEF
FOR DROPPING TWO SLIPS IN TWO WEEKS
TO DEMAND COMPLIANCE?
   I LOST 5 LBS IN EACH OF WEEKS ONE
AND TWO. I LOST 2½ LBS IN EACH OF
WEEKS THREE AND FOUR. DURING THE
FINAL TWO WEEKS OF WEIGHT CHECKS
I LOST ONLY 2½ LBS. BUT OVERALL
I'D LOST SOME 17½ LBS, DROPPING FROM
194.5 LBS TO 177 LBS, PROVING IT WORKED.
   THEN INEXPLICABLY, THE WEIGHT
CHECKS STOPPED. AS I EXPLAINED IN
THE GRIEVANCE #2 SECTION, I WAS TOLD

IV. STATEMENT OF CLAIM (CON'T - PAGE 16)

"YOU ARE NOW WITHIN 5 LBS OF YOUR ENTRY
WEIGHT, SO IT'S NO LONGER 'MEDICALLY
INDICATED'"

"NOT MEDICALLY INDICATED" IS THE MOST
FREQUENT DIAGNOSIS FOUND IN S.C.C.F'S MEDICAL
UNIT. THE GRIEVANCE PROCEDURE IS NO MORE
THAN A WHITE-WASH OF PRIOR DECISIONS,
NOW YOU CAN SEE WHY FILING ANY FURTHER
GRIEVANCES OVER MY BACK SURGERY, OR
MY SUBSEQUENTLY DEVELOPED ISSUES
WOULD HAVE BEEN FUTILE,

I AM LEGALLY DISABLED, CLASSIFIED AS
PERMANENTLY DISABLED ON 7/13/48 BY THE
NEW YORK STATE WORKER'S COMPENSATION
SYSTEM, FOR LIFE. I HAVE OVER TEN YEARS
WORTH OF MEDICAL DOCUMENTATION ON
MY CONDITION, AND MY NEED FOR SURGERY;
MRI'S, EMG'S, EVALUATIONS BY SURGEONS DONE
ON A MONTHLY BASIS. EVEN INSURANCE
COMPANY DOCTORS, WHO GET PAID TO DENY
ME SURGERY SAY, "HE NEEDS SURGERY"
THE JAIL IS AWARE THAT I HAVE A
PAINFUL, DEGENERATIVE CONDITION
THAT ONLY DETERIORATES WITH TIME,
UNDER THE BEST OF CONDITIONS, MUCH
LESS UNDER THE STRAIN OF SPARTAN
JAIL LIFE, YET FOR FOUR MONTHS IN 2006,
AND SOME 16 MONTHS TO DATE, THEY HAVE

IV. STATEMENT OF CLAIM (CON'T - PAGE 17)

DONE NOTHING TO TREAT MY CONDITION, OR
FACILITATE ANY ATTEMPT TO ALLEVIATE IT,
MUCH LESS FIX IT. A SELF-GRANDIOSE
NURSE HAS DENIED ME EVERYTHING, EVEN
THE SMALLEST MEASURE OF WHAT ANY ORTHOPEDIST
WOULD CONSIDER MANDATORY.

I WAS DENIED MY PRE-AUTHORIZED SURGERY
BY A NURSE. THEN I WAS DENIED THE SYMPTOM
MANAGEMENT THAT MY SURGEON, A SPECIALIST,
GAVE ME FOR FIVE YEARS RUNNING. THEN,
AFTER A DOCTOR PROVIDED ME THE SMALLEST
MODICUM OF RELIEF, THIS SAME NURSE
AGAIN DENIED ME CONTINUATION OF YET
ANOTHER DOCTOR'S ORDER.

RELEGATED TO "COMMON SENSE" MANAGEMENT
OF SYMPTOM EXACERBATING FACTORS, EVEN
A SIMPLE REQUEST LIKE ALLOWING ME TO
STEP ON A SCALE WAS AN AGONIZING SAGA.
THE BIGGEST IRONY IS THAT THE ONLY ONE
WHO ATTEMPTED TO FOLLOW STANDARD
MEDICAL PROTOCOL, "DR IGOR", ALBEIT
AT A STILL UNCONSCIONABLE LEVEL, IS NO
LONGER EMPLOYED BY S.C.C.F., HAVING BEEN
LET GO! THE JAIL HAS BEEN SUED FOR
MAKING PEOPLE FAT, BUT I CAN'T USE
A SCALE TO MONITOR WEIGHT GAIN
AFFECTING AN OPERABLE DISC CONDITION.
A GENERAL COURT ORDER OF "MEDICAL

IV STATEMENT OF CLAIM (CONT 18)

ATTENTION" WAS IGNORED. I WAS PLACED
ON THE MEDICAL TIER FOR TWO MONTHS,
BUT TO WHAT END?

BEYOND AN ORDER FOR AN" EXTRA BLANKET
PILLOW", I RECEIVED NOTHING (THE JAIL DOES
NOT PROVIDE PILLOWS) CONSTITUTING MEDICAL
CARE, DESPITE CONTINUAL, REPEATED
DEMANDS FOR TREATMENT. AS OF 9/7/08,
MEDICAL NO LONGER ANSWERS MY MEDICAL
SLIPS FOR ANY REASON, DESPITE KNOWLEDGE
THAT DENIAL OF ACCESS TO TREATMENT
COULD CAUSE ME PERMANENT NERVE
DAMAGE, AND PARALYSIS AGAIN.

HAVING ENDURED THIS CONDITION FOR MORE
THAN 10 YEARS, I AM ACUTELY AWARE OF
IT'S DYNAMICS. MY NERVE DAMAGE WAS
PRIMARILY IN MY LEFT LEG, PRIOR TO
9/17/07, THOUGH IT EXISTED SIGNIFICANTLY
IN MY RIGHT LEG AND RIGHT ARM.
HOWEVER, IT HAS CONSIDERABLY ADVANCED,
TRIPLED I'D SAY, IN MY RIGHT ARM,
AND RIGHT LEG DURING MY INCARCERATION.

I AM IN AGONY. THE S.C.C.F MEDICAL
UNIT NOT ONLY STANDS BY AND IDLY
WATCHES, DOING NOTHING FOR SOMETHING
I ARRIVED WITH, S.C.C.F. LIFE DAMAGES
MY CONDITION FURTHER, IT IS A KNOWN
FACT THAT THE ENVIRONMENT STRUCTURE

IV   STATEMENT OF CLAIM (CONT 19)

IN S.C.C.F MAKES EVERYONE GAIN WEIGHT,
THE MEDICAL TIER IS 21 HOUR LOCKDOWN,
YOU SIT AND DO NOTHING BUT GROW FAT,
COUPLED WITH PATHETIC BEDS, AND NOTHING
SOFT TO SIT ON (THE JAIL IS STEEL AND
STONE), THE ENVIRONMENT THAT'S
UNCOMFORTABLE TO THE HEALTHY, IS
EXCRUCIATING AGONY TO ME, YET THE
JAIL, AND THE MEDICAL UNIT DO
NOTHING TO HELP ME

    THOUGH IMPOSSIBLE TO EVER CALCULATE,
I BELIEVE MY TIME HERE, WILL RESULT
IN MY BEING IN A WHEELCHAIR FIVE
TO TEN YEARS EARLIER THAN I WOULD'VE
BEEN OTHERWISE, AND WILL CAUSE
ME PAIN FOR THE REST OF MY LIFE,
IF I NEEDED AN OPERATION TO KEEP ME
OUT OF A WHEELCHAIR NOVEMBER 2005,
AND DESPARATELY NEEDED IT APRIL 2007,
AND THEN GOT IN A HORRIFIC CAR
ACCIDENT JUNE 2007, HOW BAD OFF
MUST I BE JANUARY 2009, OVER 3 YEARS
LATER, INJURED FURTHER?
    SPEAKS VOLUMES DOESN'T IT? THEY DON'T
EVEN ANSWER MY SLIPS ANYMORE,

**IV** STATEMENT OF CLAIM (CON'T - PAGE 20)

2  6/5/07 AUTO ACCIDENT INJURIES

AS A RESULT OF A HEAD ON COLLISION, IN ADDITION TO HEAD/SPINAL COLUMN TRAUMA, THE RESULT OF STRIKING, BOUNCING OFF, AND ALMOST GOING THROUGH THE WINDSHIELD, MY FEMUR ON MY RIGHT LEG (THIGH BONE) WAS DRIVEN UP INTO THE HIP SOCKET, TEARING LIGAMENTS, AND BREAKING MY PELVIS (HIP BONE). THEN THE FEMUR SHATTERED - SNAPPED IN 3 PLACES, LEAVING A TWO-INCH GAP IN THE BONE, AND FRAGMENTS EVERYWHERE. THE PAIN WAS EXCRUCIATING. WORDS DO NOT ADEQUATELY EXPRESS IT. I WAS RUSHED TO THE EMERGENCY ROOM, AND THEN TO INTENSIVE CARE, AWAITING EMERGENCY SURGERY TO REBUILD ME. REPEATED DOSES OF MORPHINE PROVIDED NO RELIEF. FEARING AN OVERDOSE, THE HOSPITAL ANESTHESIZED ME, PUTTING ME INTO A DRUG INDUCED COMA.

THE COMA WAS ALSO TO PROTECT ME FROM POLICE, WHO PHYSICALLY TORTURED ME AFTER THE ACCIDENT, ON THE SCENE, AND IN THE EMERGENCY ROOM. THE FIRST OFFICER ON THE SCENE DEMANDED I.D. I TOLD HIM MY NAME, BUT EXPLAINED

IV STATEMENT OF CLAIM (CON'T - PAGE 21)

THAT I FEARED MOVING TO GET MY WALLET IN MY BACK POCKET, DUE TO MY "OBVIOUS FRACTURES -RIGHT FEMUR" (QUOTE - EMT TRANSPORT FORM) THE OFFICER YANKED ME ROUND THE CAR LIKE A RAG-DOLL, AND GRABBED MY WALLET, I WAS SLAMMED UPON A STRETCHER DURING EXTRACTION WITH POLICE HELP,

UPON ARRIVAL IN THE EMERGENCY ROOM, DETECTIVES WOULD NOT ALLOW DOCTORS TO EXAMINE ME UNTIL THEY INTEROGATED ME, AND HAD AN ILLEGAL BODY CAVITY SEARCH PERFORMED - THREE TIMES. I WAS LIFTED UP BY ALL FOURS, THREE TIMES, AND A VACCOUM TUBE WAS INSERTED INTO MY RECTUM, IN A WITCHHUNT FOR NON-EXISTANT DRUGS. THE LAST THING I HEARD, AS DETECTIVES BEGAN ROUND TWO OF THE INTEROGATION, WAS "THAT'S IT. I'M PUTTING HIM OUT."

I WOKE TWO DAYS LATER TO BE TOLD THAT I HAD EXPERIENCED RESPIRATORY FAILURE, AND HAD GONE THROUGH SURGERY TO REPAIR MY SHATTERED LEG AND BROKEN HIP. FOUR TITANIUM PINS WERE REQUIRED TO REBUILD MY HIP. MEANWHILE, A HOLE WAS DRILLED THE LENGTH OF MY FEMUR, AND A TITANIUM ROD INSERTED

IV. STATEMENT OF CLAIM (CON'T - PAGE 22)

INSIDE THE BONE, AND SECURED BY TWO MORE PINS, TO STABILIZE THE LEG. TRADITIONAL PLASTER CASTS WERE INADEQUATE FOR MY INJURIES.

I WAS IN THE HOSPITAL FOR TWO WEEKS, IT TOOK WEEKS FOR THE SWELLING TO GO DOWN. I THINK IT WAS TEN WEEKS BEFORE I WAS ABLE TO GRADUATE FROM A WALKER TO CRUTCHES. MY RANGE WAS TO THE BATHROOM AND BACK. I WAS ESSENTIALLY BEDRIDDEN THE 15 WEEKS PRIOR TO MY ARRAIGNMENT, ON 9/17/07.

AT MY ARRAIGNMENT, DEFENSE PLEADED TO CONTINUE MY R.O.R. STATUS, EXPLAINING THAT I HAD "MANY SCHEDULED APPOINTMENTS WITH DOCTORS AND HOSPITALS TO TREAT HIS PHYSICAL CONDITION." I HAD MISSED MY FIRST SCHEDULED ARRAIGNMENT BECAUSE MY INJURIES WERE STILL SO SEVERE THEY PRECLUDED IT. "ON THAT DAY JUDGE, HE WAS IN SEVERE PAIN. HE TOOK MEDICATIONS THAT WERE SUPPLIED TO HIM BY THE HOSPITAL. HE DIDN'T EVEN WAKE UP, JUDGE. THE MEDICATIONS KNOCKED HIM OUT."

DEFENSE COUNSEL CONTINUED, "HE'S CERTAINLY NO FLIGHT RISK, JUDGE. HE CAN HARDLY WALK." THIS IS WHAT THE ARRAIGNMENT MINUTES SAY. I WAS

IV STATEMENT OF CLAIM (CON'T-PAGE 23)

TEETERING ON CRUTCHES, BARELY STABLE.
THE ACTUAL QUOTE WAS, "RUN? THE
MAN CAN'T EVEN STAND."

DESPITE THIS REALITY, AND MY BEING
ON PERMANENT DISABILITY, MAKING ME
A LEGAL AID DEFENDANT, J. GAZZILLO
SET MY BAIL AT AN EXORBITANT $250,000,
CASH ONLY. IN OTHER WORDS, THERE WAS
NO WAY I WAS GETTING OUT TO CONTINUE
TREATMENT.

HOWEVER, AS PREVIOUSLY STATED, THE
JUDGE DID MARK THE FILE "MEDICAL
ATTENTION", ESSENTIALLY A COURT ORDER
STATING, "HE NEEDS TREATMENT. TREAT
HIM."

AS STATED, I WAS PLACED ON THE MEDICAL
TIER. I IMMEDIATELY STATED TO THE MEDICAL
UNIT THAT I HAD AN APPOINTMENT SOON,
9/26/07 COMES TO MIND, TO SEE THE SURGEON
WHO REPAIRED MY LEG, FOR AN X-RAY
TO CONFIRM THE STATUS OF MY YET
UNFUSED FEMUR BREAK, AND WHETHER
OR NOT I NEED A BONE STIMULATOR,
TO HELP IT HEAL.

I WAS FLATELY TOLD THAT I COULD
FORGET SEEING MY DOCTOR BY ALICE,
AND THAT ANY TREATMENT NECESSARY
WOULD BE DONE BY THE JAIL IN THE JAIL.

## IV STATEMENT OF CLAIM (CONT-PAGE 24)

WITH THIS INJURY HOWEVER, SHE DID HAVE ME SIGN A RELEASE, AND SEND FOR (SUPPOSEDLY) MY MEDICAL RECORDS FROM THE SURGEON ON MY LEG, A DR ROGACHEFSKY. I WAS LATER TOLD, "WE SPOKE TO HIM, AND HE SAID YOU SHOULD HAVE A CANE INSTEAD OF CRUTCHES, AND WALK ON IT TO STIMULATE BONE GROWTH."

EXCEPT, I WAS ON THE MEDICAL TIER, WHICH IS 21 HOUR LOCKDOWN. HOW MUCH WALKING COULD I DO LOCKED IN A CELL 21 HOURS A DAY? I ALSO DEMANDED THE X-RAY I WAS SUPPOSED TO HAVE ON 9/26/07. THIS DID NOT TAKE PLACE UNTIL AT LEAST LATE OCTOBER, AND I WAS NEVER CALLED DOWN TO HEAR THE RESULTS.

NOW I HAD SPENT THE MONTH OF OCTOBER DEMANDING A TRANSFER OFF THE MEDICAL TIER, ESPECIALLY AFTER I'D LARGELY STOPPED USING THE CANE BY OCTOBER'S END, TO GIVE ME THE FREEDOM TO MOVE AROUND, OUTSIDE OF A 6 X 8 FOOT CELL, AS MY DOCTOR ORDERED. THE JAIL RETALIATED FOR MY REPEATED TRANSFER REQUESTS (BY "SLIP") TO BOTH MEDICAL AND CLASSIFICATION, BY TRANSFERING ME TO A GANG TIER FULL OF "BLOODS",

IV STATEMENT OF CLAIM (CON'T - PAGE 25)

WITHIN 24 HOURS, THERE WAS A RIOT AND THE TIER WAS LOCKED DOWN 23 HOURS, WORSE THAN THE MEDICAL TIER, FORTUNATELY, I WAS NOT INVOLVED, NOR INJURED, BUT THE FACILITY RISKED MY LIFE AND MY HEALTH, BY TRANSFERING A CRIPPLED, NEARLY 40 YEAR OLD, WHITE MAN TO A TIER WITH YOUNG, BLACK, GANG MEMBERS, ON THE EVE OF A WAR BETWEEN "BLOODS" AND NON-"BLOODS". I WAS STILL LIMPING AND THEY SENT ME INTO A WAR ZONE, TO RETALIATE AGAINST A REQUEST THEY FACILATE COMPLIANCE WITH MY DOCTOR'S ORDER TO "WALK ON IT". RACIAL ISSUES ARE REAL HERE.

BY NOVEMBER 2007'S END, MY RIGHT KNEE STILL HURT BADLY. I WAS STILL LIMPING. I KNEW THERE WAS SOMETHING WRONG, I CANT WALK ON STAIRS WITHOUT EXTREME PAIN. I CANT KNEEL ON IT, NOR EXTEND MY RIGHT LEG WHILE SITTING. I CANT RUN ON IT. THESE CONDITIONS PERSIST TO THIS DAY.

I CAME TO BELIEVE I HAVE TWO TORN LIGAMENTS, ONE THE MINISCUS, WHICH CONNECTS THE FEMUR TO THE SHIN BONE, THE OTHER, ONE OVER THE KNEE-CAP, WHICH WOULD HELD IN EXTENDING THE LEG. IT MAKES SENSE TO ME THAT FORCES

IV STATEMENT OF CLAIM (CONT - PAGE 26)

CAPABLE OF DRIVING A FEMUR INTO A
HIP WITH ENOUGH FORCE TO BREAK
BOTH YOUR HIP BONE, AND YOUR FEMUR,
THE LARGEST BONE IN YOUR BODY, IN
SEVERAL PLACES, COULD ALSO DAMAGE
KNEE LIGAMENTS EASILY.

I REQUESTED AN X-RAY ON MY KNEE,
AND MUCH TO MY SURPRISE, RECEIVED ONE
WITHIN A MONTH. AT THAT TIME, I
INQUIRED ABOUT THE LEG X-RAY THAT
I WAS NEVER TOLD THE RESULTS OF. I
WASN'T ALLOWED TO SEE THE REPORT,
BUT WAS TOLD, "YOU'RE FINE. IT'S HEALED."
KNOWING STANDARD OPERATING PROCEDURE
IN S.C.C.F MEDICAL UNIT, DENYING ME
ACCESS TO THE REPORT CAUSED ME CONSIDERABLE
ANXIETY, BUT AS THE KNEE HURT, AND
NOT THE LEG, I TURNED MY FOCUS ON THAT.

MUCH LIKE THE LEG X-RAY, I WAS
NEVER CALLED DOWN TO DISCUSS THE RESULTS ON
THE KNEE. AS PREVIOUSLY STATED, BY LUCK,
I GOT TO SEE DR "IGOR", AFTER
MANY REQUESTS AND ATTEMPTS TO ADDRESS
BOTH MY BACK AND KNEE ISSUES. HE
TOO REFUSED ME ACCESS TO THE REPORT,
TELLING ME IT SAID NOTHING MORE
THAN THAT I HAD BONE SPURS AND ARTHRITIS.
I WAS ADAMANT THAT THIS COULD NOT BE

IV. STATEMENT OF CLAIM (CONT - PAGE 27)

THE PROBLEM. "FOR 39 YEARS I WAS
FINE, UNTIL 6/5/07, THEN I HAVE A
CAR ACCIDENT, AND I'M LIMPING, IN
EXTREME PAIN EVER SINCE. IT IS NOT
ARTHRITIS CAUSING THIS."

THE DOCTOR, "IGOR" DEMONSTRATED
HOOKING A TOWEL UNDER MY FOOT TO
STRETCH THE KNEE, AND COUNTERACT
THE ARTHRITIS, SO AS TO AVOID NEEDING
A KNEE REPLACEMENT OPERATION, "BECAUSE
THEY ONLY LAST ABOUT 10 YEARS."

AS PREVIOUSLY STATED, DR "IGOR" TOLD
ME HE WOULD PRESCRIBE SOME VICODIN,
TO EASE MY VARIOUS PAINS, WITHOUT
TELLING ME IT WAS ONLY A SMALL DOSE
A NIGHT, FOR ONE WEEK. FEARING LOSING
THE ONE THING I'D ACHIEVED, I DECIDED
NOT TO ARGUE FURTHER.

A WEEK LATER, WHEN ALICE DISCONTINUED
THE DOCTOR'S PRESCRIPTION, MUCH LIKE
THE BACK, I AGAIN REVISITED MY DEMANDS
FOR EVALUATION AND SURGERY FOR MY
BACK, AND FOR MY KNEE. THIS, AND
SUBSEQUENT SLIPS, AND VISITS PRODUCED
NO RESULTS.

BY MARCH, I HAD GIVEN UP ALL
HOPE OF EVALUATION, SURGERY, OR
EVEN PAIN MANAGEMENT. I SET MY SIGHTS

IV STATEMENT OF CLAIM (CONT — PAGE 28)

ON ATTAINING A BAIL REDUCTION, AND/OR BEATING MY CHARGES, OF WHICH I AM INNOCENT, IN ORDER TO ACQUIRE MEDICAL TREATMENT, BUT THIS WAS AN UPHILL BATTLE. I'VE BEEN THROUGH THREE ATTORNEYS, THE FIRST TWO IGNORED MY CASE. I'M AN "INDIGENT" DEFENDANT. I DON'T MATTER. MY THIRD ATTORNEY, WHILE VERY HONORABLE, AND RECEPTIVE TO MY PLIGHT, WAS DISTRACTED BY HIS WIFE'S NEAR-FATAL ILLNESS DURING THE SUMMER OF 2008.

IT WAS DURING THIS TIME I LEARNED OF, AND FILED MY TWO MEDICAL GRIEVANCES, ONE OF WHICH CONCERNED MY KNEE. MUCH LIKE MY BACK, A SELF-INFLATED EGO DRIVEN NURSE, WITHOUT ANY MEANINGFUL EXAMINATION, DENIED THAT MY CONDITION EXISTED, REFUSED ANY FURTHER DIAGNOSTIC TESTING, BEYOND THE X-RAY, WHICH IS NOT USEFUL OUTSIDE BONE ISSUES, AND PRECLUDED ANY TALK OF SURGERY.

AS PREVIOUSLY DISCUSSED, MY 9/7/08 "PHYSICAL" WITH DR PRENTISS TOLD ME IN NO UNCERTAIN TERMS, "LONG AS YOU AREN'T GOING TO DIE ON OUR WATCH— YOU'RE NOT GETTING ANYTHING." HIS

**IV** STATEMENT OF CLAIM (CONT - PAGE 29)

"LET'S WAIT AND SEE WHAT HAPPENS"
COMMENT EQUALLED "HOPEFULLY
YOU'LL BEAT YOUR CASE AND LEAVE".

MUCH LIKE MY BACK, I HAVE BEEN
IN EXTREME PAIN DUE TO MY KNEE,
EVERY SURFACE I WALK ON IS STEEL
AND STONE, THE SNEAKERS WE ARE ISSUED
ARE CHEAP GARBAGE WITH NO CUSHION
OR ARCH SUPPORT. THEY LITERALLY FALL
APART WITHIN DAYS OF ISSUE.

I LIVE IN A PERPETUAL CATCH-22. I
MUST WALK IN THE YARD, TO KEEP MY WEIGHT
DOWN, AND ALLEVIATE PRESSURE ON BOTH
MY DISCS, AND MY KNEE, AS THERE IS
NO OTHER EXERCISE OPPORTUNITY HERE,
AND IN MY CONDITION, I'M VERY
LIMITED IN WHAT I CAN DO ANYWAY,
BUT TO ACCESS THE YARD, I MUST CLIMB
THREE FLIGHTS OF STAIRS, CAUSING
ME AGONY,—

I FEAR WALKING ON MY KNEE, DAMAGED
AS IT IS, HAS CAUSED IRREPARABLE DAMAGE
THAT EVEN SURGERY MAY NO LONGER BE
ABLE TO CURE, AS WHEN, SOMETIMES WHEN
THINGS HEAL WRONG, AND ONLY PARTIALLY,
THEY ARE UNREPAIRABLE, AND FOREVER
DAMAGED.

WITH THIS IN MIND, I MADE ONE LAST ATTEMPT

IV | STATEMENT OF CLAIM (CONT-PAGE 36)

TO SECURE AT LEAST EVALUATION, SO I'D KNOW
FOR SURE WHAT THE PROBLEM IS, IF NOT ALSO
GET IT TREATED, ON TWO SUCCESSIVE COURT
DATES IN EITHER SEPTEMBER OR OCTOBER
2008, I ASKED J. EFMAN TO ISSUE AN
ORDER OF THE COURT MANDATING THE
JAIL BRING ME TO AN ORTHOPEDIST FOR
EVALUATION.

HE WOULD NOT ISSUE A SPECIFIC ORDER,
BUT SAID, "ALL I CAN DO IS PUT IT ON
THE COMMITMENT PAPERS, AND ASKED
WHICH KNEE IT WAS." BOTH OF THESE
"ORDERS" WERE IGNORED BY S.C.C.F,
JUST LIKE MY MEDICAL SLIPS.

I DO NOT EXIST TO S.C.C.F'S MEDICAL
UNIT POST 9/7/08.

IV. STATEMENT OF CLAIM (CONT - PAGE 3b)

3. POST-TRAUMATIC STRESS DISORDER (MENTAL ISSUE)

THE DAY OF THE ACCIDENT, I HAD JUST LEARNED OF MY GIRLFRIEND'S BRUTAL RAPE DURING MY 2006 INCARCERATION. SHE GAVE ME SUCH DETAIL THAT I WAS ACTUALLY PICTURING IT, AS IF WATCHING A MOVIE, MOMENTS BEFORE THE CRASH, I LATER FOUND OUT THIS IS AN ACTUAL PSYCHOLOGICAL PHENOMENA, (I JUST THOUGHT I WAS CRAZY) "SEEING" THE RAPE WAS A CONTRIBUTING FACTOR TO THE CRASH.

I WAS REELING IN AGONY BOTH FOR HER AND FOR ME, AS WELL AS TORMENTED THAT SHE WOULD KEEP IT FROM ME FOR A YEAR AND A HALF. I WAS DEVASTATED, LEARNING ALL OF THIS ONLY FIVE DAYS BEFORE THE ACCIDENT, SHE WAS SUICIDAL. THEN THE ACCIDENT HAPPENS, IT WAS HORRIFIC. I'VE ALREADY DOCUMENTED MY CRITICAL INJURIES, AND THE POLICE TORTURE. AS YOU CAN IMAGINE, BETWEEN THE RAPE ISSUE AND MY ORDEAL, I SUFFER CONSIDERABLE ANXIETY, ON JUST THOSE ISSUES, WORST OF ALL, AN ELDERLY WOMAN DIED. WITH CRIMINAL CHARGES STILL PENDING, I AM NOT AT LIBERTY TO GO INTO DETAIL AT PRESENT, AS TO EVERY FACET OF THE

IV. STATEMENT OF CLAIM (CONT - PAGE 32)

ACCIDENT, AND MY DEFENSE, BUT I AM NOT
GUILTY OF THE CHARGES ARRAYED AGAINST
ME. PASSENGER INTERFERENCE WAS THE
PRIMARY CAUSE OF THE ACCIDENT.

I NOT ONLY SUFFER FROM THE OVER-
WHELMING BURDEN OF KNOWING I WAS
IN A FATAL ACCIDENT, AND THE PAIN
THIS HAS CAUSED THE VICTIM'S FAMILY,
BUT I STAND WRONGLY ACCUSED OF
MANSLAUGHTER, AND FACE AS MUCH AS
15 YEARS IN PRISON.

IN THE WEEKS AFTER THE ACCIDENT, I
WOULD LIE AWAKE, WATCHING MY GIRLFRIEND
SLEEP, AND CRY, KNOWING THE ANGUISH THE
VICTIM'S HUSBAND MUST FEEL, AND THAT,
HAD IT BEEN MY GIRLFRIEND WHO DIED,
I WOULD NOT HAVE BEEN ABLE TO GO ON,
THEN I WOULD PASS OUT, START DREAMING
OF THE ACCIDENT, RELIVING IT, AND
WAKE SCREAMING, CRYING HYSTERICALLY.

I WAS ASKED IF I WANTED TO SEE THE
JAIL PSYCHIATRIST ON 9/17/07. I SAID, "YES
I'M A MESS". TO DATE, 16 MONTHS LATER,
DESPITE SUBSEQUENT REQUESTS TO THE
NURSE I SEE IN MENTAL HEALTH, AND "SLIPS" THIS
HAS NEVER OCCURRED.

THE ONE SAVING GRACE I DID RECEIVE
IS THAT THIS NURSE PRESCRIBED SOME

IV | STATEMENT OF CLAIM (CONT - PAGE 39)

ANTI-ANXIETY MEDICATION THAT HELPS
ME SLEEP, UPON HEARING OF MY EXTENSIVE
PTS, BUT THIS MEDICATION IS ESSENTIALLY
ALL THE MENTAL HEALTH TREATMENT
I RECEIVE.

MY FIVE-TO-TEN MINUTE VISITS TO
THIS NURSE IN MENTAL HEALTH, PRIMARILY
CONSIST OF RENEWAL OF, AM MONITORING
THE MEDICATION. THE FACILITY IS QUICK
TO GIVE ANY MEDICATION THAT KEEPS
US PASSIVE. HOWEVER, IT IS WITH A
CATCH,

AS PER SECURITY'S ORDERS, ALL PILLS
ARE CRUSHED, AND ALL CAPSULES OPENED
AND POURED IN YOUR HAND. THIS REGULATION
IS DESIGNED TO PREVENT PASSING YOUR
PILLS TO OTHERS, (SECURITY ALWAYS
COMES BEFORE MEDICAL CARE,) BUT IT
HAS HORRIFIC CONSEQUENCES,

FORGET A MOMENT, THAT IT GIVES YOU
A SORE THROAT, AND MAKES YOU NAUSEAS,
THE JAIL IS USURPING THE PHARMACEUTICAL
MAKER'S DESIGN. MOST PILLS ARE TIME
RELEASED. FOR A TIME I WAS TAKING
200 MG OF TRAZADONE, A SOLID PILL.
CRUSHING IT MADE IT ABSORB RAPIDLY
AND HIT ME LIKE A SLEDGEHAMMER,
I DOCUMENTED THIS A FEW TIMES, I

IV | STATEMENT OF CLAIM (CONT-PAGE 34)

GOT DIZZY, NAUSEAS, HAD TROUBLE BREATHING, AND SAW DOUBLE TO SUCH AN EXTENT, THAT FROM A SITTING POSITION, I ALMOST FELL OFF MY BED, ATTEMPTING TO LAY DOWN, I HAD TO DISCONTINUE THE MEDICATION.

OF FURTHER ANNOYANCE IS THAT THEY DELIVER "SLEEP-AID" MEDICATION AT 6:30 PM. LIGHTS OUT IS 11:00 PM, BUT IF I TAKE MY MEDS, BY 7:30 PM, I'M DOZING OFF. IN SHORT, THE CURE IS WORSE THAN THE ILLNESS QUITE OFTEN.

THOUGH I AM APPRECIATIVE OF THE MEDS, AND THE FEW MINUTES THE NURSE SPENDS WITH ME, I HAVE GOTTEN NO REAL TREATMENT FOR THE ISSUES OF MY GIRLFRIEND'S RAPE, HER NOT TELLING ME, MY PHYSICAL INJURY'S PAIN, THE POLICE TORTURE, THE POLICE FABRICATING FALSE CHARGES AGAINST ME, AND MOST OF ALL, THE ANGUISH OVER THE FATALITY. I'VE ENDURED ENOUGH TO CRUSH MOST, ONTOP OF MY PHYSICAL INJURIES, AND I HAVEN'T GOTTEN SO MUCH AS A ONE HOUR SIT-DOWN WITH THE SHRINK.

IV | STATEMENT OF CLAIM (CON'T - PAGE 35)

4 | EYESIGHT PROBLEMS

I AM 40. I COME FROM A FAMILY THAT WEARS GLASSES. THE DIET IN THIS JAIL IS NOT LADEN WITH VITAMINS "A" AND "E" TO HELP EYESIGHT. THESE ALL EQUAL "GLASSES" DURING THE SUMMER OF 2008 I BEGAN TO HAVE TROUBLE READING, AND SEEING THE TV. I COMMUNICATED THIS TO DR PRENTISS DURING MY 9/7/08 "PHYSICAL". HE SAID HE'D SCHEDULE AN EYE EXAM. WHY HE COULDN'T DO ONE ON THE SPOT IS BEYOND ME.

SAID EXAM NEVER OCCURRED. AT LEAST 3 SLIPS REQUESTING IT SINCE HAVE BEEN IGNORED. I PROBABLY NEED GLASSES. THIS IS ESPECIALLY TIRESOME SINCE AS A LEGAL AID DEFENDANT, I DO A LOT OF MY OWN LEGAL WORK, TONS OF READING-STATUTES, CASE LAW, TREATISES, ETC. AS STATED PRIOR, MEDICAL COMPLETELY IGNORES ME AS OF 9/7/08.

5 | CANCEROUS SKIN GROWTH?

IN OCTOBER 2007, I NOTICED AN HOUR-GLASS SHAPED "SKIN TAB" IN A LESS THAN IDEAL PLACE. I PINCHED IT BETWEEN MY FINGERS AND RIPPED IT OFF, AND FORGOT ABOUT IT.

**IV** | STATEMENT OF CLAIM (CONT - PAGE 3b)

UNTIL ABOUT APRIL OF 2008, WHEN I
NOTICED IT HAD NOT ONLY GROWN BACK,
IT HAD CHANGED FROM FLESH COLOR
TO BROWN, AND TAKEN ON A MOLE-LIKE
APPEARANCE.

OVER THE FOLLOWING MONTHS, IT GREW
A BIT LARGER, BUT AS MEDICAL WAS
IGNORING OBVIOUS ISSUES, I DOUBTED
THEY'D ADDRESS THIS. HOWEVER, SHORTLY
AFTER MY 9/7/08 "PHYSICAL", I DISCOVERED
THAT IT NOT ONLY HAD DOUBLED IN
SIZE, IT HAD A CONSIDERABLY LARGER
"COUSIN" GROWING RIGHT NEXT TO IT.

LATE SEPTEMBER, EARLY OCTOBER 2008
I DROPPED THE FIRST OF 3-4 SLIPS
REQUESTING A BIOPSY ON IT. TO DATE,
NONE HAVE BEEN ANSWERED. THOUGH
IT IS PROBABLY SOME BENIGN GROWTH,
SHOULD IT BE CANCEROUS, IT IS WORTHY
OF NOTE THAT NOT ONLY DID MY
EXPERIENCE DISSUADE ME FROM REPORTING
IT FOR OVER A YEAR, AND WHEN I
DID, IT WAS IGNORED, AS EXPECTED,
BUT ALSO THAT GIVEN MY DESCRIPTIONS,
IT IS WORTHY OF INVESTIGATION AND
THE JAIL'S DONE NOTHING.

## IV STATEMENT OF CLAIM (CONT - PAGE 37)

## 6 MISCELANEOUS MEDICAL ISSUES

### GUM INFECTION

SOMETIME IN MAY OF 2008, I DEVELOPED A GUM INFECTION, I BELIEVE, AT LEAST IN PART, BECAUSE THE TOOTHPASTE AND MOUTHWASH WE HAVE ACCESS TO HAS NO ALCOHOL IN IT TO KILL GERMS, DUE TO THE POSSIBILITY OF ALCOHOLICS GOING THROUGH WITHDRAWL INGESTING IT. THIS IS STANDARD PRACTICE IN REHAB. (THINK BACK TO THE 1988 PRESIDENTIAL ELECTIONS - "KITTY DRANK RUBBING ALCOHOL")

MY GUMS WERE BLEEDING. I HAD A SORE THROAT. I REQUESTED/INQUIRED IF I COULD GET SALT TO GARGLE WITH OFF THE MEDS CART. NURSE "LOUD" REPLIED, "I HAVE IT, BUT YOU NEED A PRESCRIPTION FOR IT" [SALT]

WHAT WOULD'VE PASSED IN DAYS, TOOK WEEKS TO HEAL, AND THEY RISKED MY TEETH.

### EAR ACHE/HEARING LOSS

LATE SUMMER 2008, I HAD AN EAR ACHE, AND PERCEIVED A HEARING LOSS. AFTER THE SALT ISSUE, AND GRIEVANCE SAGA, I DIDN'T BOTHER REPORTING IT. LUCKILY, IT PASSED,

IV | STATEMENT OF CLAIM (CONT - PAGE 38):

7 | DRUG/ALCOHOL TREATMENT

AS PREVIOUSLY MENTIONED, I AM A RECOVERING
ADDICT. WHEN I ARRIVED IN S.C.C.F., I WAS
FEARFUL THAT THE STRESS AND PRESSURE
OF THE ACCIDENT, MY INJURIES, THE FATALITY,
AND THE HEAVY CHARGES I FACED, WOULD
WEAKEN MY RESOLVE, AND MAKE ME SUCCUMB
TO TEMPTATION WHEN DRUGS CROSSED MY
PATH IN JAIL.

I IMMEDIATELY DROPPED A SLIP TO SEE
ELIANA, THE DRUG AND ALCOHOL COUNSELOR,
TO GET INTO TREATMENT. THOUGH I WAS
NOT HEAVILY ATTENDING MEETINGS THROUGH
THE SUMMER, EVEN ON CRUTCHES, I MANAGED
TO MAKE ONE OR TWO.

I WAS SHOCKED TO FIND OUT THAT NO
"PROFESSIONAL" TREATMENT PROGRAM EXISTED
IN S.C.C.F. ONLY N/A AND A/A EXISTED
FOR THOSE WHO SOUGHT HELP, BUT YOU HAVE
TO SIGN UP FOR THEM, BE LISTED AS A MEMBER,
AND BE CALLED BY A C.O FOR IT. I SIGNED
UP FOR BOTH.

BUT IN THE COMING WEEKS, I WAS NEVER
CALLED. REPEATED INQUIRIES WERE MET
WITH HOSTILE REPLIES. "THERE'S A LONG
WAITING LIST. WHEN YOU MAKE THE LIST,
YOU'LL BE CALLED. NOW STOP F___ ASKING."

**IV** STATEMENT OF CLAIM (CONT - PAGE 39)

SOME TWO MONTHS LATER, I WAS NEVER CALLED,
HOWEVER, I CAME ACROSS AN A|A "BASIC TEXT"
ON THE TIER, AND BEGAN READING IT. I WAS
NEVER REALLY INTO THE LITERATURE BEFORE,
BUT IN THE ABSENCE OF MEETINGS, I TRIED
IT. I FOUND IT INTRIGUING, BUT HARD TO
RELATE TO. I REALLY DONT DRINK. MY ISSUE
IS DRUGS.

SO I INTENDED TO ASK ELIANA TO GET
ME AN N|A "BASIC TEXT", SO I'D AT LEAST
HAVE MORE SELF-TREATMENT, IN LIEU OF
THE MEETINGS I COULDNT SEEM TO GET INTO.
I WAS DOWN AT MEDICAL ONE DAY LATE IN
2008, AND SAW HER.

I STARTED TO ASK, AND SHE SAYS, "YOU CANT
TALK TO ME LIKE THIS. YOU HAVE TO DROP A
SLIP." I TOLD HER THAT I JUST WANTED TO
ASK ONE QUESTION ABOUT HER GETTING ME
AN N|A BOOK. SHE REFUSED TO ENTERTAIN
THE QUESTION.

SO I DROPPED A SLIP, AND A WEEK LATER
GOT AN APPOINTMENT TO ASK WHAT I'D
ALREADY ASKED. I WAS TOLD THAT THE JAIL
DID NOT PROVIDE ANY MATERIAL FOR A|A
AND N|A MEETINGS, AND THAT YOU HAD TO
GET A FAMILY MEMBER TO PROVIDE THEM.
THIS IS LUDICROUS. PICTURE THIS - YOU HAVE
SUBSTANCE ISSUES. YOUR FAMILY, ALREADY

IV. STATEMENT OF CLAIM (CONT - PAGE 40)

TORTURED THROUGH YOUR ADDICTION, LEARNS
NOW YOU HAVE A SECOND PROBLEM, CRIMINAL
CHARGES, THEY MAY NOT EVEN BE SPEAKING
TO YOU.

SO YOU SEEK OUT HELP, HELP THAT MAY
REMOVE YOU FROM THE LIST OF CRIMINALS,
AND PLACE YOU BACK ON SOCIETY'S ROSTER,
AND THE JAIL CAN'T PROVIDE YOU WITH A
$6 PAPERBACK TO FACILITATE THIS?

ELIANA SAID SHE COULD DO NOTHING ABOUT
IT, BUT WOULD PLACE ME BACK ON THE LIST
AGAIN, 16 MONTHS LATER, TO DATE, I'VE NEVER
BEEN CALLED. ELIANA IS USELESS, AND HER
SALARY A COMPLETE WASTE OF TAXPAYER
FUNDS.

YOU HAVE SOMEONE ACTIVELY, EAGERLY,
REPEATEDLY SEEKING HELP, AND EVEN
PURSUING 'SELF-HELP', AFTER INITIAL OBSTACLES,
AND WHAT DID SHE DO TO FACILITATE
IT? NOTHING.

FORTUNATELY, MY RESOLVE HAS REMAINED
STRONG. DESPITE DAILY OPPORTUNITY AT
POINTS, I HAVE NOT TOUCHED A THING.
NOW IN YEAR TWO OF SOBRIETY, WITHOUT A
SINGLE SLIP, I WANT TO KEEP WHAT I'VE
ACHIEVED, BUT IT IS NO THANKS TO THE
S.C.C.F "DRUG/ALCOHOL COUNSELOR" ELIANA.
ANY MONKEY CAN FILL OUT AND FILE A QUESTIONAIRE,

V.    Relief:

State what relief you are seeking if you prevail on your complaint.

INJUNCTIVE RELIEF- (SEE ATTACHED)

PUNITIVE AND COMPENSATORY DAMAGES FOR
INTENTIONAL AND NEGLIGENT INFLICTION OF PERMANENT
PAIN AND SUFFERING, OF BOTH PHYSICAL
AND EMOTIONAL DIMENSIONS (SEE ATTACHED)

I declare under penalty of perjury that on _____, I delivered this
                                                    (Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern

District of New York.

Signed this _20TH_ day of __JANUARY__, 20 09.  I declare under penalty of

perjury that the foregoing is true and correct.

_Anthony J Cipucaro_
Signature of Plaintiff

_SUFFOLK COUNTY CORRECTIONAL FACILITY_
Name of Prison Facility

_110 CENTER DRIVE_
_RIVERHEAD, NY 11901_

Address

_465208_
Prisoner ID#

## V RELIEF

INJUNCTIVE RELIEF

1 DEGENERATIVE DISC DISEASE — IMMEDIATE ACCESS TO TREATMENT BY MY DOCTORS, ORLIN & COHEN ORTHOPEDIC ASSOCIATES, INCLUDING SURGERY, AND OFFICE VISITS, AND PAIN MANAGEMENT AS PRESCRIBED, WITHOUT ANY INTERFERENCE FROM S.C.C.F

2 6/5/07 ACCIDENT INJURIES
RIGHT LEG AND HIP — IMMEDIATE ACCESS TO EVALUATION BY DR ROGACHEFSKY, WHO PERFORMED THE SURGERY ON MY PELVIS AND FEMUR, TO ENSURE I HEALED PROPERLY, IN HIS OPINION *

RIGHT KNEE — IMMEDIATE EVALUATION BY MY DOCTORS, ORLIN AND COHEN, INCLUDING AN MRI, TO DETERMINE THE PROBLEM, AND SURGERY IF NECESSARY, AND PAIN MANAGEMENT AS PRESCRIBED. *

* AGAIN, WITHOUT ANY INTERFERENCE FROM S.C.C.F

3 POST TRAUMATIC STRESS ISSUE
I'M AT A LOSS ON THIS ONE. I'M CERTAINLY COPING BETTER THAN I WAS ON 9/17/07, BUT S.C.C.F PERSONNEL COULDN'T CARE LESS, SO

V | RELIEF (CONT - PAGE 2)

SEEING YET ANOTHER APATHETIC EMPLOYEE
OF S.C.C.F LIKE THE PSYCHIATRIST WOULD
BE FRUITLESS. JANE, THE NURSE IS SEE IN
MENTAL HEALTH, IS VERY NICE, BUT HAS
MADE IT CLEAR THE OVER-CROWDED JAIL
HAS DOUBLE LOADED HER SCHEDULE, AND
SHE HAS NO TIME FOR ME. SHE IS ALSO.
NOT QUALIFIED TO REALLY TREAT ME.
  HOWEVER, NO ONE IS GOING TO AUTHORIZE
WEEKLY VISITS WITH A PRIVATE COUNSELOR
SO, WHAT AM I SUPPOSED TO ASK FOR HERE?
AMY SUGGESTIONS?

4 | EYESIGHT PROBLEMS

IMMEDIATE EVALUATION BY AN OUTSIDE
OPTOMETRIST, (THE JAIL'S WILL ONLY SAY
"YOU'RE FINE") AND GLASSES, ALONG WITH
VITAMIN SUPPLEMENTS IF NECESSARY

5 | CANCEROUS SKIN GROWTH?

IMMEDIATE EVALUATION AND BIOPSY PERFORMED
BY A DERMATOLOGIST. SHOULD IT REQUIRE
CANCER TREATMENT, UNFETTERED ACCESS
TO SPECIALISTS WITHOUT INTERFERENCE
BY THE JAIL.

6 | ACCOMODATION OF MY DISABILITY

THE LUCKY FEW WHO ARE BROUGHT TO OUTSIDE

## V RELIEF (CONT-PAGE 3)

DOCTORS ARE TRANSPORTED WITH COUNTY COURT
INMATES TO THE HOLDING PENS AT COURT,
TO AWAIT SHERIFF'S DEPUTIES TO TRANSPORT
THEM.

A TYPICAL DAY FOR A 1:00 PM APPOINTMENT:
WAKE 6:30 AM, LEAVE HOUSING UNIT WITH
COURT INMATES 7:20 AM, TRANSPORTED, CHAINED
TO THREE INMATES THROUGH HALLS AND TUNNELS
TO HOLDING PENS 8:30 AM, SIT UNTIL 12:30 PM
ON COLD METAL SLAB, ARRIVE BACK 3:30 PM,
TUNNEL CLOSES AT 3:00 PM, SO YOU MUST NOW
WAIT UNTIL 6:30 PM FOR THE FINAL TRANSPORT
BACK TO THE JAIL'S HOLDING PEN.

IT IS UNCOMFORTABLE FOR A HEALTHY PERSON,
FOR ME, IT IS TORTURE. I REQUEST ALL
MEDICAL VISITS TO OUTSIDE DOCTORS REQUIRE
THEM TO TRANSPORT ME DIRECTLY FROM
S.C.C.F'S HOLDING PEN/RECEIVING AREA TO
A CAR, AND BACK AGAIN, WITHOUT BEING
CHAINED, THE LONG WALK, AND THE ENDLESS
WAIT IN EXTREMELY PAINFUL ENVIRONMENTS,

7 RE-ORGANIZATION OF S.C.C.F SO AS TO
PROVIDE MEANINGFUL MEDICAL CARE

- MEDICAL SLIPS MUST BE ANSWERED,
- EVALUATIONS OUTSIDE OF GENERAL ILLNESSES
LIKE THE FLU BE DONE BY FULL-TIME
DOCTOR, ON STAFF 24/7

## V RELIEF (CONT - PAGE 4)

- CONDITIONS REQUIRING SPECIALIST EVALUATIONS BE REFERED TO OUTSIDE DOCTORS . EXAMPLES - ORTHOPEDIC CONDITIONS, OR POSSIBLE CANCERS. AN INTERNIST SHOULD NOT BE DIAGNOSING A ROTATOR CUFF INJURY, MUCH LESS TREATING IT, AND CERTAINLY A NURSE HAS NO PLACE IN THE DISCUSSION.

- IMMEDIATE TERMINATION OF ALL PERSONNEL GUILTY OF PERPETRATING A FRAUDULENT ILLUSION OF MEDICAL CARE TO ME, AND OTHERS.

- CRIMINAL CHARGES FOR CORRESPONDING VIOLATIONS OF APPLICABLE PENAL, HEALTH, AND CORRECTION LAWS.

### PUNITIVE AND COMPENSATORY DAMAGES

| | | |
|---|---|---|
| 1) | DEGENERATIVE DISC DISEASE\SPINAL SURGERY — CONDITION IGNORED COMPLETELY 3 YEARS PLUS | 100,000,000 |
| 2) | KNEE INJURY IGNORED 1 YEAR PLUS | 25,000,000 |
| 3) | SKIN GROWTH \ POSSIBLE CANCER | 5,000,000 |
| 4) | MISCELLANEOUS — ALL OTHER CONDITIONS | 5,000,000 |
| | | 135,000,000 |